IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Rhonda Walker | Case Number: 07 B 03285 |
| | Judge: Squires, John H |
| Printed: 1/22/08 | Filed: 2/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 12, 2007
Confirmed: June 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 110.76 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 104.78 |
| Trustee Fee: | | 5.98 |
| Other Funds: | | 0.00 |
| Totals: | 110.76 | 110.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 104.78 |
| 2. | Asset Acceptance | Unsecured | 21.79 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 134.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 90.54 | 0.00 |
| 5. | Debt Recovery Solutions | Unsecured | 78.04 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 91.43 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 997.43 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 21.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 67.90 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 407.41 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 30.37 | 0.00 |
| 12. | Nicor Gas | Unsecured | 14.06 | 0.00 |
| 13. | Northside Community Federal Cr | Unsecured | 349.59 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 28.84 | 0.00 |
| 15. | Falls Collection Service | Unsecured | | No Claim Filed |
| 16. | Sm Servicing | Unsecured | | No Claim Filed |
| 17. | First National Collection Bureau | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Leading Edge | Unsecured | | No Claim Filed |
| 20. | LVNV Funding | Unsecured | | No Claim Filed |
| 21. | MTI | Unsecured | | No Claim Filed |
| 22. | NES/SLC | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 25. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Rhonda Walker

Printed:  1/22/08

Case Number:  07 B 03285
Judge:  Squires, John H
Filed:  2/26/07

| 26. | Receivables Performance | Unsecured | No Claim Filed |
| 27. | Wexler & Wexler | Unsecured | No Claim Filed |

$ 4,666.40                $ 104.78

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 5.98       |

$ 5.98

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____